IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPC SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-443 (GMS) |
| | ) | |
| CLOUD9 TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Identification of Defendant's Accused Products* were caused to be served on August 14, 2017 upon the following in the manner indicated:

Kenneth L. Dorsney                              *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494

Michael A. Oakes                                 *VIA ELECTRONIC MAIL*
Andrea Calem
Tyler Maddry
Susan Wiltsie
Steven L. Wood
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, NW
Washington, DC  20037

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Karen Jacobs* |
| | Karen Jacobs (#2881) |
| | Mirco J. Haag (#6165) |
| | 1201 North Market Street |
| OF COUNSEL: | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| Peter D. Shapiro | (302) 658-9200 |
| David G. Varghese | kjacobs@mnat.com |
| FITZPATRICK, CELLA, HARPER, AND SCINTO | mhaag@mnat.com |
| 1290 Avenue of the Americas | *Attorneys for Plaintiff IPC Systems, Inc.* |
| New York, NY  10104 | |
| (212) 218-2100 | |

Jason M. Dorsky
FITZPATRICK, CELLA, HARPER, AND SCINTO
975 F Street, NW
Washington, DC  20004-1462
(202) 530-1010

Edward J. DeFranco
Patrick D. Curran
Joseph Milowic III
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

August 14, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 14, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494 | *VIA ELECTRONIC MAIL* |
| Michael A. Oakes<br>Andrea Calem<br>Tyler Maddry<br>Susan Wiltsie<br>Steven L. Wood<br>HUNTON & WILLIAMS LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC  20037 | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*
Karen Jacobs (#2881)