**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IPC SYSTEMS, INC,<br><br>       Plaintiff,<br><br>   v.<br><br>CLOUD9 TECHNOLOGIES LLC,<br><br>       Defendant. | C.A. No.: 16-443-GMS<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 18th day of September 2017, the following document was served on counsel indicated below via electronic mail prior to 6:00 p.m.:

**CLOUD9 TECHNOLOGIES LLC'S CORE TECHNICAL DOCUMENTS**

David G. Varghese
Peter D. Shapiro
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
dvarghese@fchs.com
pshapiro@fchs.com

Jason Dorsky
Fitzpatrick, Cella, Harper & Scinto
975 F Street, NW
Washington, DC 20004
jdorsky@fchs.com

*Attorneys for Plaintiff*

Karen Jacobs
Mirco J. Haag
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
kjacobs@mnat.com
mhaag@mnat.com

*Attorneys for Plaintiff*

Joseph Milowic , III
Patrick Curran
Edward J. DeFranco
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
josephmilowic@quinnemanuel.com
patrickcurran@quinnemanuel.com
eddfranco@quinnemanuelcom

*Attorneys for Plaintiff*


Dated: September 18, 2017

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Cloud9 Technologies LLC*