IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPC SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-443 (GMS) |
| | ) |
| CLOUD9 TECHNOLOGIES LLC, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF JASON M. DORSKY IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

I, Jason M. Dorsky, declare as follows:

1. I am a member of the bar of the State of New York and the District of Columbia, and an attorney with the law firm of Fitzpatrick, Cella, Harper & Scinto, counsel for Plaintiff IPC Systems, Inc. ("IPC"). I am admitted *pro hac vice* to this Court in the above-captioned matter. I submit this declaration in support of Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.

2. Attached as **Exhibit A** is a true and correct copy of a July 28, 2000 Amendment filed during the prosecution of U.S. Patent App. No. 08/657,396.

3. Attached as **Exhibit B** is a true and correct copy of a April 26, 1999 Amendment filed during the prosecution of U.S. Patent App. No. 08/657,396.

4. Attached as **Exhibit C** is a true and correct copy of an excerpt from Petition for *Inter Partes* Review of U.S. Patent No. 8,189,566.

5. Attached as **Exhibit D** is a true and correct copy of a December 2, 2011 Office Action filed during the prosecution of U.S. Patent App. No. 12/476,490.

6. Attached as **Exhibit E** is a true and correct copy of a February 10, 2012 Amendment filed during the prosecution of U.S. Patent App. No. 12/476,490.

7. Attached as **Exhibit F** is a true and correct copy of a February 24, 2012 Notice of Allowance filed during the prosecution of U.S. Patent App. No. 12/476,490.

8. I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

January 29, 2018                         /s/ Jason M. Dorsky
                                          Jason M. Dorsky

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 29, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494 | *VIA ELECTRONIC MAIL* |
| Michael A. Oakes, Esquire<br>Tyler Maddry, Esquire<br>Susan Wiltsie, Esquire<br>Andrea Calem, Esquire<br>Steven L. Wood, Esquire<br>HUNTON & WILLIAMS LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC  20037 | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

_____

Karen Jacobs (#2881)