IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPC SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 16-443 (GMS) ) |
| CLOUD9 TECHNOLOGIES LLC, | ) **REDACTED** ) **PUBLIC VERSION** |
| Defendant. | ) |

## NOTICE OF SUBPOENAS

OF COUNSEL:

Peter D. Shapiro
David G. Varghese
FITZPATRICK, CELLA, HARPER, AND SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100

Jason M. Dorsky
FITZPATRICK, CELLA, HARPER, AND SCINTO
975 F Street, NW
Washington, DC 20004-1462
(202) 530-1010

Edward J. DeFranco
Patrick D. Curran
Joseph Milowic III
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Jonathan Berschadsky
MERCHANT & GOULD P.C.
767 Third Avenue, 23rd Floor
New York, NY 10017
(212) 223-7241

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs (#2881)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
skraftschik@mnat.com

*Attorneys for Plaintiff IPC Systems, Inc.*

Original Filing Date: August 20, 2018
Redacted Filing Date: August 22, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPC SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-443 (GMS) |
| | ) | |
| CLOUD9 TECHNOLOGIES LLC, | ) | **CONFIDENTIAL** |
| | ) | **FILED UNDER SEAL** |
| Defendant. | ) | |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that the subpoenas attached will be served:

Barclays Investment Bank – Exhibits 1 and 2;

NEX Group plc – Exhibits 3 and 4; and

Point72 Asset Management, L.P. – Exhibits 5 and 6.

OF COUNSEL:

Peter D. Shapiro
David G. Varghese
FITZPATRICK, CELLA, HARPER, AND SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100

Jason M. Dorsky
FITZPATRICK, CELLA, HARPER, AND SCINTO
975 F Street, NW
Washington, DC 20004-1462
(202) 530-1010

Edward J. DeFranco
Patrick D. Curran
Joseph Milowic III
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

Karen Jacobs (#2881)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
skraftschik@mnat.com

*Attorneys for Plaintiff IPC Systems, Inc.*

Jonathan Berschadsky
MERCHANT & GOULD P.C.
767 Third Avenue, 23rd Floor
New York, NY  10017
(212) 223-7241

August 20, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 22, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | *VIA ELECTRONIC MAIL* |
| John M. Desmarais, Esquire<br>Justin P.D. Wilcox, Esquire<br>Steven M. M. Balcof, Esquire<br>Jordan N. Malz, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169 | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

EXHIBITS 1-6

FULLY REDACTED