## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPC SYSTEMS, INC., | |
| Plaintiff, | C.A. No. 16-443 (CFC) |
| v. | **JURY TRIAL DEMANDED** |
| CLOUD9 TECHNOLOGIES LLC, | |
| Defendant. | |

## DEFENDANT'S MOTION FOR SANCTIONS UNDER RULE 37(b) AND OTHER RELIEF DUE TO IPC'S NON-COMPLIANCE WITH THE COURT'S OCTOBER 2, 2018 ORDER

Defendant Cloud9 Technologies LLC hereby moves for sanctions under Rule 37(b) and other relief due to IPC Systems, Inc.'s ("IPC") non-compliance with the Court's October 2, 2018 Order compelling IPC to provide certain disclosures for its purported technical trade secrets. In particular, IPC should be precluded from asserting any purported technical trade secrets for which IPC did not comply with the Court's October 2, 2018 order and should pay Cloud9's reasonable expenses, including attorney's fees, caused by IPC's non-compliance. The grounds for this motion are set forth in the Opening Brief in Support being filed contemporaneously herewith.

1

Dated: October 26, 2018

Respectfully submitted,

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888.6800
Email: kdorsney@morrisjames.com

John M. Desmarais (*pro hac vice*)
Justin P.D. Wilcox (*pro hac vice*)
Jordan N. Malz (*pro hac vice*)
Steven Balcof (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
jdesmarais@desmaraisllp.com
jwilcox@desmaraisllp.com
jmalz@desmaraisllp.com
sbalcof@desmaraisllp.com

*Attorneys for Cloud9 Technologies LLC*

2

## <u>RULE 7.1.1 CERTIFICATE</u>

Counsel for Cloud9 Technologies LLC confirms that a reasonable effort has been made to reach agreement on the matters set forth in this letter.  The effort included oral communication and Delaware counsel for both parties.  IPC Systems, Inc.'s counsel indicated that IPC Systems, Inc. will not agree to relief sought by Cloud9 Technologies LLC.

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IPC SYSTEMS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 16-443 (CFC) |
| v. | ) | |
| | ) | |
| CLOUD9 TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

A Motion for Sanctions Under Rule 37(b) And Other Relief Due To IPC's Non-Compliance With The Court's October 2, 2018 Order having been made by motion on October 26, 2018, by Defendant Cloud9 Technologies LLC ("Cloud9"); Plaintiff IPC Systems, Inc. ("IPC") having responded; and the Court having heard argument of counsel, being fully advised and of the opinion that the motions should be granted;

Now, therefore:

1.      The Court finds that IPC has not complied with the Court's October 2, 2018 Order requiring IPC to provide a one-paragraph to three-page description or flowchart that concisely defines the algorithm and the step-by-step procedures that the algorithm comprises for technical trade secret Nos. 3, 4, 5, 7, 8, 9, 11, 14, 16, 17, 27, and 29, without substantial justification.

2.      The Court further finds that IPC has not complied with the Court's October 2, 2018 Order to disclose the parameters, co-efficients, or values for purported trade secrets identified by IPC in its response to discovery requests that encompasses specific parameters, co-efficients, or values, namely technical trade secret Nos. 6, 10, and 31, without substantial justification.

10549463/1

3.      The Court further finds that IPC has not complied with the Court's October 2, 2018 Order to identify specific lines of code pertinent to technical trade secret No. 31, without substantial justification.

4.      IT IS ORDERED that IPC shall be precluded from asserting technical trade secret Nos. 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 16, 17, 27, 29, and 31 as part of its trade secret allegations in this case.

5.      IT IS FURTHER ORDERED that IPC or counsel advising IPC shall pay Cloud9's reasonable expenses, including attorney's fees, associated with IPC's non-compliance with the October 2, 2018 Order.

SO ORDERED, this _____ day of _____, 2018.


_____
UNITED STATES DISTRICT JUDGE

10549463/1