IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 16-443 (CFC) |
| ) | |
| CLOUD9 TECHNOLOGIES LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| CLOUD9 TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-2042 (CFC) |
| ) | |
| IPC SYSTEMS, INC. and IPC NETWORK ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER TO STAY**

WHEREAS, the parties are actively engaged in settlement negotiations;

WHEREAS, the parties wish to stay proceedings so that they may focus their efforts on resolving these litigations; and

WHEREAS, the parties wish to have a procedure in place should these litigations need to resume.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

- The aforementioned litigations are hereby stayed for sixty (60) days.

- In Case No. 16-443-CFC, fact discovery, including third-party discovery, shall be held in abeyance during the aforementioned stay. If a stipulation of dismissal is not filed in Case No. 16-443-CFC by March 29, 2019, the parties

on the date shall file a joint status report on the status of the case and their proposed revised scheduling order, which among other things shall provide for an extension of fact discovery such that fact discovery shall close no earlier than May 22, 2019, set forth scheduling deadlines, and account for any other issues appropriate for inclusion in the scheduling order.

- In Case No. 18-2042, if a stipulation of dismissal is not filed by March 29, 2019, the parties on that date shall file a joint status report to report on the status of the case.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Karen Jacobs* | */s/ Kenneth L. Dorsney* |
| Karen Jacobs (#2881) | Kenneth L. Dorsney (#3726) |
| Stephen J. Kraftschik (#5623) | 500 Delaware Avenue, Suite 1500 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 888-6800 |
| Wilmington, DE 19899-1347 | kdorsney@morrisjames.com |
| (302) 658-9200 | |
| kjacobs@mnat.com | *Attorneys for Defendant Cloud9* |
| skraftschik@mnat.com | *Technologies LLC* |

*Attorneys for Plaintiffs IPC Systems, Inc.
and IPC Network Services, Inc.*

January 28, 2019

SO ORDERED this _____ day of _____, 2019.

_____
United States District Judge