IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPC SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-443 (CFC) |
| | ) | |
| CLOUD9 TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CLOUD9 TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-2042 (CFC) |
| | ) | |
| IPC SYSTEMS, INC. and IPC NETWORK SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO STAY**

WHEREAS, the Court previously granted the parties' stipulations to stay proceedings pending settlement (*see* C.A. No. 16-443, D.I. 216, 219, 221, 224, 226);

WHEREAS, the parties have made meaningful progress and are continuing their efforts to resolve the litigation, and request additional time to reach a settlement;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the stipulated stays in the aforementioned litigations are extended to August 30, 2019. If stipulations of dismissal are not filed by August 30, 2019 in the aforementioned litigations, the parties on that date shall file a joint status report in each of the aforementioned litigations to report on the status of the respective cases.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Kenneth L. Dorsney* |
| Karen Jacobs (#2881)<br>Stephen J. Kraftschik (#5623)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>kjacobs@mnat.com<br>skraftschik@mnat.com<br><br>*Attorneys for IPC Systems, Inc. and IPC Network Services, Inc.* | Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Cloud9 Technologies LLC* |

July 29, 2019

       SO ORDERED this _____ day of _____, 2019.

_____
United States District Judge

2